# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

## JUDGMENT IN A CIVIL CASE

**PATRICK WILLIAMS**

               **Plaintiff,**

**v.**                                         **CIVIL NO. 09-4105-RDR**

**THE GOODYEAR TIRE AND RUBBER COMPANY**

               **Defendant.**

**( )  JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**( X )  DECISION BY THE COURT.** This action came before the Court. The issues have been considered and a decision has been rendered.

       **IT IS ORDERED AND ADJUDGED** pursuant to memorandum and order filed

December 7, 2011, defendant's motion for summary judgment (Doc. 81) is granted.

Entered on the docket   12/7/11

**Dated:  December 7, 2011**                 **TIMOTHY M. O'BRIEN, CLERK**

                                                         s/B. Thorne
                                                        **Deputy Clerk**